IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO._____** |
| v. | **:** | **DATE FILED:_____** |
| **DAVID NOE** | **:** | **VIOLATION:** |
| | | **18 U.S.C. § 922(g)(1)(felon is possession of** |
| | **:** | **a firearm - 1 count)** |
| | | **Notice of forfeiture** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 6, 2006, in Bethlehem, in the Eastern District of Pennsylvania, defendant

**DAVID NOE,**

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate and foreign commerce a firearm, that is, a Colt, Model 38, .38 caliber revolver, serial number 596805, a FMJ, Model "D," .45 caliber pistol with no serial number, and a Colt, Model Sheriff, .44 caliber revolver, serial number SA41388.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**DAVID NOE**

shall forfeit to the United States of America the firearms involved in the commission of this offense, including, but not limited to:

1) one Colt, Model 38, .38 caliber revolver, serial number 596805:

2) one FMJ, Model "D," .45 caliber pistol with no serial number; and

3) one Colt, Model Sheriff, .44 caliber revolver, serial number SA41388.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

                                **A TRUE BILL:**

                                **FOREPERSON**

**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**